James H. Thompson  
4821 Oakland Ridge Drive  
Powell, OH 43065  

Date: 4/16/2014

Regarding: Thompson, James H.  
Invoice No: 17805

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 10/17/2013 | SW | Office conference regarding current Ch. 13, Motion for Relief from Stay | 2.00 | $225.00 | $450.00 |
| 10/22/2013 | SW | Call regarding Condo Fees and game plan for moving forward | 0.10 | $225.00 | $22.50 |
| 10/28/2013 | SW | Email regarding moving forward with the Motion for Relief from Stay and conduit requirement | 0.10 | $225.00 | $22.50 |
| 10/30/2013 | SW | Email to Elizabeth Werner regarding moving forward with the bankruptcy split. Email to Jim regarding the same | 0.20 | $225.00 | $45.00 |
| 10/30/2013 | SW | Call regarding splitting ch. 13 and sub of counsel | 0.50 | $225.00 | $112.50 |
| 10/30/2013 | SW | Call with Elizabeth Werner regarding bankruptcy and domestic relations issues | 0.25 | $225.00 | $56.25 |
| 11/04/2013 | SW | Email regarding schedule F and dom rel case | 0.10 | $225.00 | $22.50 |
| 11/04/2013 | AJ | Efield notice of sub of counsel | 0.10 | $95.00 | $9.50 |
| 11/07/2013 | SW | Call with Travis Garrison regarding his representation of Deb | 0.10 | $225.00 | $22.50 |
| 11/08/2013 | JMM | Telephone call with Roger, creditor attorney for mortgage, regarding Motion for Relief from Stay hearing on Tuesday | 0.20 | $325.00 | $65.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/11/2013 | SW | Email regarding Motion for Relief from Stay hearing | 0.10 | $225.00 | $22.50 |
| 11/22/2013 | SW | Call with Travis Garrison regarding Motion for Relief from Stay | 0.25 | $225.00 | $56.25 |
| 11/22/2013 | SW | Call with Jim regarding Motion for Relief from Stay and other dom rel issues | 0.50 | $225.00 | $112.50 |
| 11/25/2013 | SW | Email with Elizabeth regarding house | 0.10 | $225.00 | $22.50 |
| 12/03/2013 | SW | Email to Elizabeth regarding moving forward on Motion for Relief from Stay | 0.10 | $225.00 | $22.50 |
| 12/04/2013 | SW | Call to Jim after thorough review of tax Proof of Claim. Requested copies of several years of tax return documents | 0.25 | $225.00 | $56.25 |
| 12/04/2013 | SW | Call to Jim regarding his email and case. | 0.10 | $225.00 | $22.50 |
| 12/04/2013 | SW | Call from Jim to further discuss case and taxes | 0.10 | $225.00 | $22.50 |
| 12/04/2013 | SW | Review of file regarding condo issues, IRS issues and bifurcation issues | 0.50 | $225.00 | $112.50 |
| 12/05/2013 | SW | Call regarding Domestic Relations and Motion for Relief from Stay | 0.30 | $225.00 | $67.50 |
| 12/09/2013 | SW | Call with Travis regarding hearing on Motion for Relief from Stay. Email to Jim regarding the same | 0.10 | $225.00 | $22.50 |
| 12/10/2013 | SW | Received budget. Email to Jim with questions | 0.10 | $225.00 | $22.50 |
| 12/11/2013 | SW | Call regarding game plan for moving forward | 0.10 | $225.00 | $22.50 |
| 12/12/2013 | SW | Initial draft of deconsolidation | 0.25 | $225.00 | $56.25 |
| 12/16/2013 | SW | Finalized motion to deconsolidate. Email to Jim | 0.50 | $225.00 | $112.50 |
| 1/07/2014 | SW | Prepared order on deconsolidation | 0.20 | $250.00 | $50.00 |
| 1/07/2014 | AJ | Efiled order on motion to deconsolidate | 0.10 | $95.00 | $9.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/10/2014 | SW | Email to Travis Garrison regarding December payment and hearing.  Email to Jim regarding the same | 0.10 | $225.00 | $22.50 |
| 1/13/2014 | SW | Email to Jim regarding hearing and payment for January | 0.10 | $225.00 | $22.50 |
| 1/14/2014 | SW | Email, twice, to Jim regarding payment and hearing | 0.10 | $250.00 | $25.00 |
| 2/10/2014 | SW | Email regarding hearing and dom rel case | 0.10 | $250.00 | $25.00 |
| 2/10/2014 | SW | Call with Travis Garrison regarding hearing. | 0.00 | $250.00 | No Charge |
| 2/10/2014 | SW | Email to Jim regarding hearing and Email to Elizabeth regarding Motion for Relief from Stay for Dom Rel Case | 0.10 | $250.00 | $25.00 |
| 2/11/2014 | SW | Prepared for and attended Hearing regarding deconsolidation of case.  Met with Jim afterwards to discuss game plan for payment | 1.50 | $250.00 | $375.00 |
| 2/11/2014 | SW | Lengthy email to Travis Garrison with settlement options for Deb's payments in to the Plan | 0.20 | $250.00 | $50.00 |
| 2/25/2014 | SW | Calculated case based upon claims filed in joint bankruptcy.  Prepared Motion to Modify | 0.50 | $250.00 | $125.00 |
| 2/25/2014 | SW | Phone call with Jim to discuss Motion to Modify. | 0.50 | $250.00 | $125.00 |
| 2/25/2014 | SW | Prepared email to Jim with very detailed explanation of claims and how they would be treated in individual bankruptcy | 0.40 | $250.00 | $100.00 |
| 3/04/2014 | SW | Received and reviewed foreclosure filed by Condo Association.  Email to Jim regarding the same | 0.20 | $250.00 | $50.00 |
| 3/04/2014 | AJ | Efile Motion to Modify | 0.20 | $95.00 | $19.00 |
| 3/11/2014 | SW | Call with Jim regarding taxes and Dom Rel issues | 0.20 | $250.00 | $50.00 |
| 3/20/2014 | SW | Call with Jim regarding Dom rel and Motion for Relief from Stay. | 0.45 | $250.00 | $112.50 |

Judith M. McInturff Co., L.P.A.

Page No.:    4

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/03/2014 | SW | Call with Jim and email regarding Motion to Modify | 0.20 | $250.00 | $50.00 |
| 4/03/2014 | SW | Emails with Jim and Elizabeth regarding tax debt | 0.25 | $250.00 | $62.50 |
| 4/08/2014 | SW | Call to Misfud's office regarding taxes. Spoke with Sue Ross | 0.20 | $250.00 | $50.00 |
| 4/08/2014 | SW | Draft of amended schedules I & J.  3 emails to Jim regarding the same | 0.50 | $250.00 | $125.00 |
| 4/09/2014 | SW | Emails regarding Domestic relations and Motion to Modify | 0.25 | $250.00 | $62.50 |
| 4/10/2014 | AJ | Efiled amended schedules I & J | 0.15 | $95.00 | $14.25 |
| 4/10/2014 | SW | Email to Kathy Mills at Trustee's office regarding Trustee's objection | 0.10 | $250.00 | $25.00 |
| 4/15/2014 | AJ | Prepared application for additional attorney fees | 0.25 | $95.00 | $23.75 |

Total Fees    $3,181.00

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 11/30/2013 | Postage for November 2013 | 1.00 | $0.92 |
| 12/31/2013 | Postage for December 2013 | 1.00 | $0.92 |

Total Expenses    $1.84

Total New Charges    $3,182.84

Previous Balance    $0.00

| 10/22/2013 | Payment | 1102 | James H. Thompson | $-250.00 |

Total Payments and Credits    $-250.00

Balance Due    $2,932.84

**Staff Summary**

Judith M. McInturff Co., L.P.A.

Page No.:    5

| Name | Hours | Rate |
|---|---|---|
| Adele Jackson | 0.80 | $95.00 |
| Judith M McInturff | 0.20 | $325.00 |
| Sarah Williams | 6.90 | $225.00 |
| Sarah Williams | 5.95 | $250.00 |
| Sarah Williams | 0.00 | $0.00 |