**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: April 24, 2014**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-50770 |
| JAMES H. THOMPSON | : | CHAPTER 13 |
| DEBTOR | : | JUDGE CALDWELL |

ORDER GRANTING
MOTION TO MODIFY CHAPTER 13 PLAN
(RELATED TO DOCKET NO. 2)

This matter is before the Court on the Motion to Modify Chapter 13 Plan filed by the Debtor. All parties have received notice and had an opportunity to respond. The Trustee filed a response, but subsequently withdrew said response.

**IT IS, THEREFORE, ORDERED** that the plan payment is $500.00 per month commencing with the February 2014 payment; the creditors are to be paid as set forth in the motion; the dividend to unsecured creditors is to remain at 2%.

**IT IS SO ORDERED.**

**Copies to:**    Default List

###